NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE WHINK PRODUCTS COMPANY

---

2011-1543
(Serial No. 71644653)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Whink Products Company moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 2 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Conrad A. Hansen, Esq.
    Raymond T. Chen, Esq.

s21

Issued As A Mandate:  NOV 2 3 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 3 2011

JAN HORBALY
CLERK